PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
FEB 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Tracy Alan Zornes**

**Docket No. 0:01CR00047-001(JRT)**

**Petition on Supervised Release**

COMES NOW **Aaron R. Rotering,** U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Tracy Alan Zornes** who was sentenced for Possession of Stolen Explosives on June 29, 2001, by the Honorable John R. Tunheim, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> No alcohol; not to enter establishment where alcohol is sold; participate in drug/alcohol treatment program; mandatory drug testing; and psychological/psychiatric counseling/treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On January 29, 2007, the defendant submitted to a drug test which was positive for cocaine. Laboratory results obtained on February 3, 2007, confirmed the initial results.

> SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

Medical records received on January 30, 2007, revealed that the defendant had been in detox for consuming alcohol prior to an emergency room visit. On January 13, 2007, the defendant submitted to an alcohol test which revealed a blood alcohol content of .046. On February 4, 2007, the defendant was seen at a liquor establishment in Fargo, North Dakota, and appeared to be intoxicated.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
FEB 2007

The defendant shall reside for a period of 120 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 7th day of February, 2007, and ordered filed and made a part of the records in the above case.

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Aaron R. Rotering
U.S. Probation Officer

Executed on February 6, 2007
Place Fergus Falls

c: United States Sentencing Commission