Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Tracy Alan Zornes

Docket No. 0:01CR00047-001(JRT)

**HEARING WAIVER**

I, Tracy Alan Zornes, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 120 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed:

Tracy Alan Zornes
Supervised Releasee

Dated: 2-6-07

Witness:

Aaron Rotering
U.S. Probation Officer