PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Tracy Alan Zornes**

**Docket No. 0:01CR00047-001(JRT)**

**Petition on Supervised Release**

COMES NOW **Aaron R. Rotering**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Tracy Alan Zornes** who was sentenced for Possession of Stolen Explosives on June 29, 2001, by the Honorable John R. Tunheim, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> No alcohol and do not enter establishments where alcohol is sold; participate in drug/alcohol treatment program; mandatory drug testing; and psychological/psychiatric counseling/treatment

> 120 days community confinement (modified February 7, 2007, due to cocaine and alcohol use)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> STANDARD CONDITION #5: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

The defendant has not been employed since June 21, 2007.

> SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

On July 16, 2007, the defendant admitted consuming alcohol during the previous several days while at a music festival.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
AUG - 2 2007
U.S. DISTRICT COURT MPLS

The defendant shall participate in a remote alcohol monitoring program for a period of 60 days. The defendant will not be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

ORDER OF THE COURT

Considered and ordered this 27th day of July, 2007, and ordered filed and made a part of the records in the above case.

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Aaron R. Rotering
U.S. Probation Officer
Telephone: 612-664-5409

Executed on July 24, 2007
Place Fergus Falls

Approved:

Julie M. Belt
Supervising U.S. Probation Officer

c: United States Sentencing Commission