Prob 49

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Tracy Alan Zornes

Docket No. 0:01 CR47 - 001

HEARING WAIVER

I, Tracy Alan Zornes, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall participate in the alcohol monitoring program [illegible] for a period of 60 days. During this period, the defendant shall remain home between the hours of 9pm and 6am.

e defendant is not responsible for the cost of the monitoring

Signed: [signature]

Supervised Releasee

[signature]

Witness: Aaron Rotering

Dated: 7-18-07