UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-47 (JRT)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | REASSIGNMENT OF CRIMINAL CASE |
| v. | ) | |
| TRACY ALAN ZORNES, Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

01-47 (JRT)

Defendant Name

Tracy Alan Zornes

Remove AUSA

James E. Lackner

Add AUSA

Michelle E. Jones

Dated: December 11, 2007

RACHEL K. PAULOSE
United States Attorney

*s/Jeffrey S. Paulsen*

BY: Jeffrey S. Paulsen
Assistant U.S. Attorney
Attorney ID No. 144332