PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED
DEC 11 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**United States v. Tracy Alan Zornes**

**Docket No. 0:01CR00047-001(JRT)**

**Petition on Supervised Release**

COMES NOW **Aaron R. Rotering**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Tracy Alan Zornes** who was sentenced for Possession of Stolen Explosives on June 29, 2001, by the Honorable John R. Tunheim, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No firearms; mandatory drug testing; abstain from alcohol; drug and alcohol abuse programming; and psychological programming

February 7, 2007 - Modification, 120 days at a residential reentry center for use of cocaine and alcohol

July 27, 2007 - Modification, 60 days remote alcohol monitor for use of alcohol and not maintaining employment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On November 1, 2007, a sweat patch was placed on the defendant. The patch was removed on November 14, 2007, and submitted to a laboratory for testing. The results were positive for cocaine.

STANDARD CONDITION #2: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

The defendant has failed to submit any monthly reports for the year 2007.

STANDARD CONDITION #5: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

The defendant has not worked steadily since June 21, 2007, when he failed to return to his employment at Northern Pipe in Fargo, North Dakota.

SCANNED
DEC 12 2007
U.S. DISTRICT COURT MPLS

SMS issued 12/12/07
CC: AUSA, Def, Prob, 8E, USM Cert

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

On December 4, 2007, the defendant admitted consuming beer and mixed drinks on November 30, 2007, at the Shooting Star Casino in Mahnomen, Minnesota.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 10th day of December, 2007, and ordered filed and made a part of the records in the above case.

John R. Tunheim

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Julie M. Belt for

Aaron R. Rotering
U.S. Probation Officer
Telephone: 218-739-0042

Executed on December 5, 2007
Place Fergus Falls

Approved:

Julie M. Belt

Julie M. Belt
Supervising U.S. Probation Officer