AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

v.

Tracy Allan Zornes

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR 01-047 (JRT/RLE)

RECEIVED U.S. MARSHALS SERVICE
2007 DEC 12 P 5:02

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E**
**US Courthouse**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Janie S. Mayeron**

On: **12/26/07 at 1:30 p.m.**

RECEIVED
JAN 10 2008
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

Lori Sampson
Lori Sampson, Deputy Clerk

Dated: December 12, 2007

SCANNED
JAN 14 2008
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: SA Timothy D Ball    Date: 12/19/07

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: FBI Office, Bemidji MN

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ____________

☐ Returned unexecuted: ____________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 12/19/07
Date

Ben Kates
Timothy D Ball
Name of United States Marshal

Matt Hedblom
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure