UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 01-47 (JRT/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TRACY ZORNES,<br>Defendant. | **MOTION OF UNITED STATES FOR DETENTION WITHOUT BAIL PENDING TRIAL** |

The United States of America, by its attorneys, Frank J. Magill, Jr., Acting United States Attorney for the District of Minnesota, and Michelle E. Jones, Assistant United States Attorney, moves for the detention of the defendant without bail pending trial on the following grounds:

1. Under Title 18, United States Code, Section 3142(f)(2)(A), there is a serious risk that defendant will flee.

2. Under Title 18, United States Code, Section 3142(F) there is no condition or combination of conditions of release in Title 18, United States Code, Section 3142(c) which will reasonably assure the safety of the community and the appearance of the defendant as required.

3. The United States also respectfully requests a three-day continuance of the detention hearing, pursuant to Title 18, United States Code, Section 3142(f).

Dated: April 30, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

s/Andrew R. Winter for

BY: MICHELLE E. JONES
Assistant U.S. Attorney