# CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008, I served, or caused to be served, the following documents:

**Motion of the United States for Detention Without Bail Pending Trial**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Katherian D. Roe, Federal Public Defender

s/Coryn Bartlett

Coryn Bartlett
Legal Assistant