**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Raymond L. Erickson |
| Plaintiff, | ) | Chief U.S. Magistrate Judge |
| | ) | |
| vs. | ) | Case No: Crim. 01-47 (JRT/RLE) |
| | ) | Date: April 30, 2008 |
| Tracy Alan Zornes, | ) | Court Reporter: |
| | ) | Tape Number: 08-22 |
| Defendant. | ) | Time Commenced: 10:45 a.m. |
| | | Time Concluded: 10:52 a.m. |
| | | Time in Court: 0 Hours & 07 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

## APPEARANCES:

Plaintiff: , Assistant U.S. Attorney
Defendant: ☐ FPD ☐ CJA ☐ Retained ☒ To be appointed

Date Charges Filed: December 26, 2007 Offense: Violation of Supervised Release

☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

on ☒ Petition ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

Next appearance date is Monday, May 5, 2008 at 11:00 a.m. before U.S. Magistrate Judge Raymond L. Erickson, in Court Room 3, Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse for:
☒ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☒ preliminary revocation

☒ Final Revocation Hearing is set for 4:30 p.m., on May 8, 2008, in Court Room 2, U.S. Courthouse, Fergus Falls, Minnesota - before the Hon. John R. Tunheim.

Additional Information: Court finds defendant eligible for court-appointed counsel. Defendant will be held in the Douglas County Jail, Superior, Wisconsin.

s/Victoria L. Miller
Signature of Judicial Assistant