UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. ORDER

Tracy Alan Zornes,

Defendant. Crim. 01-47 (JRT/RLE)

* * * * * * * * * * * * * * * * * * * * * * * *

The Court has determined, provisionally, that the Defendant in the above-entitled case is financially unable to employ counsel, and directs the Federal Public Defender's Office to appoint a member of the Federal Public Defenders Panel to represent the Defendant.

BY THE COURT:

DATED: April 30, 2008

s/Raymond L. Erickson
Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE