A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED

APR 30 2008

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

V.

Tracy Alan Zornes

**WARRANT FOR ARREST**

0841-1227-0378-D

CASE NUMBER: **CR 01-047 JRT/RLE**

2007 DEC 27 PM 4:50

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Tracy Alan Zornes

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Ann D. Montgomery, United States District Court Judge.

Kim Krulas

(By) Kim Krulas, Deputy Clerk

December 26, 2007 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 4-30-08
ARRESTED BY USMS. Duluth
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

SCANNED
MAY 02 2008
U.S. DISTRICT COURT ST. PAUL