**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

TRACY ALAN ZORNES,
Defendant.

## COURT MINUTES - CRIMINAL

Case No: 01-47 (1)
Date: May 8, 2008
Court Reporter: Rick Anheluk (Ketchum & Assc.)
Tape Number:
Time Commenced: 5:35 p.m.
Time Concluded: 6:05 p.m.
Time in Court: Hours & 30 Minutes

**Before John R. Tunheim, United States District Judge, at Fergus Falls, Minnesota.**

## APPEARANCES:

Plaintiff: Tracy Perzel, Assistant U.S. Attorney
Defendant: Dennis Fisher ☐ FPD ☒ CJA ☐ Retained ☐ To be appointed

## PROCEEDINGS:

☒ **Revocation of Supervised Release - Final Hearing.**
☒ Defendant admits allegations.

## ORDERED:

☒ Defendant remanded to custody of the U.S. Marshal.
☒ Report on Offender Under Supervision is granted.
☒ Defendant is sentenced to: **Custody of the BOP for 19 months with no supervision to follow**
☒ Written order to be issued.

s/Lou Jean M. Gleason
Minneapolis Division Manager