PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED
MAY 23 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**United States v. Tracy Alan Zornes**

**Docket No. 0:01CR00047-001(JRT)**

**Third Amended Petition on Supervised Release**

COMES NOW **Aaron R. Rotering,** U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Tracy Alan Zornes** who was sentenced for Possession of Stolen Explosives on June 29, 2001, by the Honorable John R. Tunheim, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> No firearms; mandatory drug testing; abstain from alcohol; drug and alcohol abuse programming; and psychological programming
>
> February 7, 2007 - Modification, 120 days at a residential reentry center for use of cocaine and alcohol
>
> July 27, 2007 - Modification, 60 days remote alcohol monitor for use of alcohol and not maintaining employment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On November 1, 2007, a sweat patch was placed on the defendant. The patch was removed on November 14, 2007, and submitted to a laboratory for testing. The results were positive for cocaine.

> STANDARD CONDITION #2: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

The defendant has failed to submit any monthly reports for the year 2007.

> STANDARD CONDITION #5: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

The defendant has not worked steadily since June 21, 2007, when he failed to return to his employment at Northern Pipe in Fargo, North Dakota.

SCANNED
MAY 27 2008
U.S. DISTRICT COURT MPLS

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

On December 4, 2007, the defendant admitted consuming beer and mixed drinks on November 30, 2007, at the Shooting Star Casino in Mahnomen, Minnesota. On December 25, 2007, the defendant submitted to an alcohol test which revealed a blood alcohol content of 0.15.

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

STANDARD CONDITION: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

On December 25, 2007, the defendant was arrested by the Minnesota State Highway Patrol in Itasca County, Minnesota, and charged with First Degree Driving While Intoxicated after submitting a blood alcohol content of 0.15. **On April 29, 2008, the defendant was sentenced in Itasca County to 66 months custody, stayed for 7 years for First Degree Driving While Intoxicated. Additionally, he was sentenced to 126 days jail with credit for time served, supervised probation for 7 years, chemical dependency treatment, no alcohol, random testing, supply DNA, attend MADD panel, cognitive skills training, no bars, and no same or similar offenses. The defendant was also ordered to pay fines and fees of $1,105.**

PRAYING THAT THE COURT WILL ORDER **that this Petition be entered into filing as requested by the Court at the final revocation hearing held on May 8, 2008, and replace the Petition signed on December 10, 2007; the Amended Petition signed on December 26, 2007; and the Second Amended Petition signed on May 6, 2008.**

ORDER OF THE COURT

Considered and ordered this 22nd day of May, 2007, and ordered filed and made a part of the records in the above case.

[signature]

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature] for

Aaron R. Rotering
U.S. Probation Officer
Telephone: 612-664-5409

Executed on May 20, 2008

Place Fergus Falls

Approved:

[signature]

Julie M. Belt
Supervising U.S. Probation Officer