AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court
## District of Minnesota

UNITED STATES OF AMERICA
v.
**TRACY ALAN ZORNES**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **01-47 JRT/RLE**
USM Number: **09817-041**
Social Security Number: **6668**
Date of Birth: **1971**

**Dennis Fisher**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of a **Mandatory** condition of the term of supervision.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Mandatory Condition | The defendant shall not commit another federal, state, or local crime | 12/25/07 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in the defendant's economic circumstances.

**May 8, 2008**
Date of Imposition of Judgment

s/ John R. Tunheim
Signature of Judge

**JOHN R. TUNHEIM**, United States District Judge
Name & Title of Judge

May 23, 2008
Date

DEFENDANT: TRACY ALAN ZORNES
CASE NUMBER: 01-47 JRT/RLE

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **19 months with no supervision after release from imprisonment**.

[**X**] The court makes the following recommendations to the Bureau of Prisons:
**The Court strongly recommends that Defendant be placed in a facility that allows him to participate in RDAP .** *If the Bureau of Prisons does not follow the judicial recommendation, the Bureau of Prisons is requested to notify the Judge as to the relied upon reasons.*

[**X**] The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on____________________ to ______________________________

at _________________________ , with a certified copy of this Judgment.

____________________________
United States Marshal

By ____________________________
Deputy United States Marshal